In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00133-CV
_____

IN RE TATIANA TELEGINA

**Original Proceeding**
**County Court at Law No. 3 of Montgomery County, Texas**
**Trial Cause No. 17-11-14052-CV**

## MEMORANDUM OPINION

Tatiana Telegina complains that the trial court clearly abused its discretion by granting temporary protective orders that effectively limited discovery to: the validity of the parties' marital settlement agreement and Telegina's claims that the real party in interest, Vladimir Nechayuk, violated the terms of the agreement; and claims for partition of undivided marital assets. Additionally, Telegina complains that the trial court abused its discretion by denying her motion for sanctions.

A writ of mandamus is an extraordinary remedy that will issue only to correct a clear abuse of discretion for which the relator has no adequate remedy by appeal.

1

*See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petitions, as supplemented, and examining the exhibits contained in the appendices, we conclude that Telegina has not established that she is entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION  DENIED.

PER CURIAM

Submitted on May 1, 2019
Opinion Delivered May 2, 2019

Before McKeithen, C.J., Horton and Johnson, JJ.